Dismissed and Memorandum Opinion filed May 5, 2005









Dismissed and Memorandum Opinion filed May 5, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00063-CV

____________

 

JOHN DAVID TATE , Appellant/Cross-Appellee

 

V.

 

BAYLOR COLLEGE
OF MEDICINE, Appellee/Cross-Appellant

 



 

On Appeal from the
129th  District
Court

 Harris County, Texas

Trial Court Cause
No. 00‑47325 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 4, 2004.

On March 24, 2005, this Court ordered dismissed the appeal
filed by John David Tate.   On April 22,
2005, cross-appellant Baylor College of Medicine filed a motion to dismiss its
cross-appeal because it does not desire to pursue its cross-appeal given the
dismissal of John David Tate=s appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the cross-appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 5, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.